
**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **JAMIE KIRKPATRICK, individually, and as the natural father and legal guardian of B.W., a minor**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **COUNTY OF WASHOE; AMY REYNOLDS, WCDSS social worker; ELLEN WILCOX, WCDSS social worker; LINDA KENNEDY, WCDSS social worker**, <br><br> Defendants - Appellees. | No. 12-15080 <br><br> D.C. No. 3:09-cv-00600-ECR-VPC <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.